UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:21-CV-23456-DPG

ADA MEJIA,

Plaintiff,

vs.

JC KINDGOM, CORP.,

Defendant

_____/

**PLAINTIFF'S WITNESS LIST**

Comes now, the Plaintiff, ADA MEJIA, by and through their undersigned counsel, in accordance with the Scheduling Order Settling Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motion to Magistrate Judge [DE19], discloses the following fact witnesses for use at trial in this action:

1. All Parties to this action
2. Ada, Mejia, Plaintiff, who has knowledge of the allegations in this case.
3. Carlo Zavala, Plaintiff's Husband, who has knowledge of the allegations in this case.
4. Russel Padilla, owner of JC Kingdom, Corp. who has knowledge of the allegations in this case.
5. Pedro Boza, employee of JC Kingdom, Corp., who has knowledge of the allegations in this case.
6. Michele Dinal, tax preparer who has knowledge of the allegations in this case.
7. Corporate Representatives for South East Employee Leasing, Inc. who has knowledge of the allegations in this case, specifically payroll records.

8. All impeachment and/or rebuttal witnesses.

9. All witnesses listed by Defendant

10. All person(s) identified by Defendant in any pleading or contained in any discovery

11. Plaintiff reserves the right to add any other fact witness(es) as they are discovered and/or found to be deemed necessary in this matter.

## CERTICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this filing was furnished this 1st day of March, 2022, via electronic transmission to all parties registered to receive electronic filing (em/ecf).

Respectfully submitted,

GALLARDO LAWOFFICE, P.A.
8492 SW 8th Street
Miami, Florida 33144
Telephone: (305) 261-7000
Facsimile: (305) 261-0088


By: /s/ *Elvis J. Adan*
Elvis J. Adan, Esq.
Fla. Bar No.: 24223